12

United States District Court
Southern District of Texas
ENTERED

SEP 3 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KARLOS GUSTAVO BOUCHOT, | § | |
|    Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-236 |
| | § | |
| WAYNE SCOTT, DIRECTOR OF THE | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE-INSTITUTIONAL DIVISION, | § | |
|    Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of August 31, 1998, should be **ADOPTED** and the petition be **DISMISSED**.

DONE in Brownsville, Texas, on this 29 day of September, 1998.

Hilda G. Tagle
United States District Judge